# EXHIBIT A

**Invoice Itemization for Amounts Owed by Defendant**

**Akorn Operating Company LLC**
**Bankruptcy Case #: 23-10255-KBO**
**CityMedRx LLC**

| Customer No. | Doc. Number | Inv. Date | Due Date | Original Amount | Open Amount |
|---|---|---|---|---|---|
| 18103649 | 4261456 | 2/1/2023 | 3/4/2023 | $ 26,433.12 | $ 26,433.12 |
| 18103649 | 4268474 | 2/10/2023 | 3/13/2023 | $ 7,590.24 | $ 7,590.24 |
| 18103649 | 4272270 | 2/16/2023 | 3/19/2023 | $ 23,103.36 | $ 23,103.36 |
| | | | **Totals:** | **$ 57,126.72** | **$ 57,126.72** |